Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| TIMOTHY HOAK, | No. |
|---|---|
| Plaintiff, | **COMPLAINT** |
| vs. | DEMAND FOR JURY TRIAL |
| CARETAKERS BUILDING MAINTENANCE, L.L.C. d/b/a SUNSTATE MECHANICAL SERVICES, L.L.C., | |
| Defendant. | |

Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(Fair Labor Standards Act)

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendant is an Arizona limited liability company authorized to do business in Arizona.

3. Jurisdiction is based upon 29 U.S.C. §216(b), the Fair Labor Standards Act.

4. Plaintiff worked for Defendant for approximately 1 year from September 1, 2014, until on or about March 2, 2015.

5. Plaintiff was misclassified as exempt and not paid overtime, to which he was entitled, at the rate of one and one-half his hourly rate of pay for all hours worked in excess of 40 each week.

6. Plaintiff worked approximately 209 hours of overtime (and possibly more) (over 40 hours in one week) during his employment for which he was not paid at the rate of time and one-half.

7. Defendant's conduct was willful.

8. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

9. Plaintiff is entitled to liquidated damages: double the amount due pursuant to 29 U.S.C. §216(b).

10. Plaintiff is entitled to attorneys' fees and costs pursuant to 29 U.S.C. §216(b).

11. Defendant also violated the record keeping requirements of the FLSA, which alone warrants liquidated damages.

WHEREFORE Plaintiff requests judgment against Defendant for:

1. Damages for overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees, which are mandatory, and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

## SECOND CLAIM FOR RELIEF
(Non-Payment of Wages)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. Plaintiff has not been paid all wages due him for the 1 year preceding the filing of this Complaint.

3. Defendant violated A.R.S. §23-350 *et seq.* by not paying Plaintiff the wages due him: pay at the rate of time and one-half for hours worked in excess of 40 in one week (which is estimated to be approximately 9 hours of time over 40 in a week within one year of the filing of the Complaint).

4. Plaintiff is entitled to treble damages pursuant to A.R.S. §23-355.

WHEREFORE Plaintiff requests:

1. Damages in an amount to be proven at trial, together with interest thereon from the date of delinquency until paid.

2. For reasonable attorneys fees and costs.

3. For treble damages.

4. For such other relief as this Court deems appropriate.

Dated this 25th day of February 2016.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Debbie A. Wallen
Debbie A. Wallen

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
__District of Arizona__

Timothy Hoak
_Plaintiff/Petitioner_
v.
Caretakers Building Maintenance dba Sunstate Mechanical Services LLC
_Defendant/Respondent_

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Hoak_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2-16-16

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment - self - Sterling Jewelers | $3,000 | $ | $2800 | $ — |
| Self-employment - Spouse - Chase & Mastiano's | $ | $46,000 | $ — | $1820 / 1500 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ -0- | $ -0- | $ -0- |
| Disability (such as social security, insurance payments) | $ -0- | $ -0- | $ -0- | $ -0- |
| Unemployment payments | $ -0- | $ -0- | $ -0- | $ -0- |
| Public-assistance (such as welfare) | $ -0- | $ -0- | $ -0- | $ -0- |
| Other (specify): Bonus + Comm. | $ 6000.00 | $ -0- | $ -0- | $ -0- |
| **Total monthly income:** | $ 5800 0.00 | $ 4600 0.00 | $ 2800 0.00 | $ 2820 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| SEE ATTACHED | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| BJ's | 21001 N. Tatum Blvd | 9/14 – 2/15 | $1000 |
| Chase | 2430 W. Happy Valley Rd | 2/15 – present | $1600 |
| Maggianos | 16405 N. 5ths. Rd. | 2/15 – present | $1200 |

4. How much cash do you and your spouse have? $ 200.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase – DJTO | Check. | $ 200.00 ← | $ |
| Chase – Gabe – Check. | | $ 100.00 ← | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) Rent | $ 0 |
| Other real estate (Value) | $ 0 |
| Motor vehicle #1 (Value) | $ 37,000.00 |
| Make and year: 2014 BMW | |
| Model: 320i | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ 3600.00 |
| Make and year: 2006 Ford | |
| Model: Focus | |
| Registration #: | |
| Other assets (Value) Home furnishings | $ 10,000 |
| Other assets (Value) Clothes, misc. | $ 5,000 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Sunstate Mech. | $ ? | $ 0 |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)  Are real estate taxes included? ☒ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 1480.00 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 359.00 | $ 130.00 |
| Home maintenance (repairs and upkeep)   varies | $ 50.00 | $ 0 |
| Food | $ 100.00 | $ 200.00 |
| Clothing | aver. $ 50.00 | aver. $ 150.00 |
| Laundry and dry-cleaning | aver. $ 30.00 | aver. $ 100.00 |
| Medical and dental expenses  *Dental issues - very high! | aver. $ 300.00 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 80.00 | $ 100.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 25.80 | $ 0 |
| Life: | $ 19.70 | $ 16.20 |
| Health: | $ 0 | $ 280.00 |
| Motor vehicle: | $ ~~360.00~~ 190.80 | $ ~~460.00~~ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify):  IRS Installment plan pending | $ ?200.00? | $ 0 |
| Installment payments | | |
| Motor vehicle: | $ 360.00 | $ 460.00 |
| Credit card (name): | $ "default" | $ 100.00 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☒ Yes  ☐ No    Unsure at this time.

    If yes, how much?  $

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Simply cannot recover from loss of business & then all the unauthorized deductions & non-payment of overtime from previous employer.

12. Identify the city and state of your legal residence.
    Phoenix, Arizona

    Your daytime phone number:  602-569-6200 (wk)  480-710-9589 (cell)
    Your age:  53    Your years of schooling:  12

United States District Court
Application to proceed in District Court without prepaying fees or costs

*attachment to filing document dated 2/16/16*


2. List your employment history for the past two years....

Tim Hoak

| | | |
|---|---|---|
| Porter Mountain Steakhouse | 4048 Porter Mtn Rd, Lakeside, AZ | 6/12 – 8/14 |
| Arizona Mechanical Services HVAC DBA Suntate Mechanical Services | 7689 E Redfield Rd., Scottsdale, AZ | 9/14 – 3/15 |
| Tammi Coe Cakes (part time) | 3022 N 19th Ave., Phoenix | 10/14 – 3/15 |
| Rover Inc. (part time – 1099 status) DBA Sleepover Rover | Corporate in Tucson, AZ | 11/14 – 5/15 |
| RPM Bakeries DBA – Cinnabon Arizona | 14700 N F L W Blvd, Scottsdale, AZ | 3/15 – 8/15 |
| Sterling Jewelers Jared The Galleria of Jewelry | 12656 N Tatum Blvd, Phoenix, AZ | 8/15 – Present |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s): Timothy Hoak** | **Defendant(s): Caretakers Building Maintenance, L.L.C. d/b/a Sunstate Mechanical Services, L.L.C.** |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): <br> **Guy D Knoller** <br> **Law Offices of Guy David Knoller, P.L.L.C.** <br> **7321 N. 16th Street** <br> **Phoenix, Arizona  85020** <br> **602-254-6044** | Defendant's Atty(s): |

**IFP REQUESTED**

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

   Plaintiff:- **1 Citizen of This State**
   Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **710 Fair Labor Standards Act**

VI. Cause of Action:    **A.R.S. Section 23-350 - Non-Payment of Wages**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

---

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Guy D. Knoller

**Date:** 2/25/16

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

TIMOTHY HOAK )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
CARETAKERS BUILDING MAINTENANCE, L.L.C. )
d/b/a SUNSTATE MECHANICAL SERVICES, L.L.C. )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Caretakers Building Maintenance, L.L.C.
d/b/a Sunstate Mechanical Services, L.L.C.
c/o CT Corporation System, Statutory Agent
3800 N. Central Avenue, Suite 460
Phoenix, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Guy D. Knoller
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, AZ 85020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: