Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TIMOTHY HOAK,<br><br>        Plaintiff,<br><br>   vs.<br><br>ARIZONA MECHANICAL SERVICES HVAC, LLC dba SUNSTATE MECHANICAL SERVICES, L.L.C.; BILL M. BART, JR. and JEAN (GEGNER) BART, husband and wife,<br><br>        Defendants. | No.   2:16-cv-00522-SRB<br><br>**FIRST AMENDED COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff alleges as follows:

**CLAIM FOR RELIEF**
(Fair Labor Standards Act)

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendant Arizona Mechanical Services HVAC, LLC dba Sunstate Mechanical Services, LLC (hereinafter referred to as "Arizona Mechanical") is an Arizona limited liability company authorized to do business in Arizona.

3. Jurisdiction is based upon 29 U.S.C. §216(b), the Fair Labor Standards Act.

-1-

4. Plaintiff worked for Defendants for approximately 1 year from September 2, 2014, until on or about March 16, 2015.

5. Plaintiff was misclassified as exempt and not paid overtime, to which he was entitled, at the rate of one and one-half his hourly rate of pay for all hours worked in excess of 40 each week.

6. Plaintiff worked approximately 209 hours of overtime (and possibly more) (over 40 hours in one week) during his employment for which he was not paid at the rate of time and one-half.

7. Defendants' conduct was willful.

8. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

9. Plaintiff is entitled to liquidated damages: double the amount due pursuant to 29 U.S.C. §216(b).

10. Plaintiff is entitled to attorneys' fees and costs pursuant to 29 U.S.C. §216(b).

11. Defendants also violated the record keeping requirements of the FLSA, which alone warrants liquidated damages.

12. The individual Defendants Bill M. Bart, Jr. and Jean Bart (Gegner) are residents of Maricopa County, Arizona.

13. The individual named Defendants are persons liable as an "employer" pursuant to 29 U.S.C. Sec. 203(d).

14. Defendants did not post any notices as required by the U.S. Department of

Labor.

WHEREFORE Plaintiff requests judgment against Defendants, jointly and severally, for:

1. Damages for overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees, which are **mandatory**, and costs incurred herein pursuant to 29 U.S.C. Sec. 216(b); and,

4. Such other relief that this Court deems appropriate.

Dated this 22nd day of April 2016.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and emailed a copy to Counsel for Defendants: Robert D, Haws, Esq. at rhaws@gustlaw.com.

/s/ Debbie A. Wallen
Debbie A. Wallen