IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Hoak,<br><br>    Plaintiff,<br><br>vs.<br><br>Caretakers Building Maintenance LLC, et al.,<br><br>    Defendants. | No. CV-16-00522-PHX-SRB<br><br>**ORDER** |

On May 13, 2016, a deficiency notice was sent to counsel for Defendant Arizona Mechanical Services HVAC LLC [Doc. 16] advising that counsel has failed to file the Corporate Disclosure Statement required by F.R.Civ.P.7.1 and LRCiv. 7.1.1. Counsel was given 14 days to file the Corporate Disclosure Statement. Counsel for Defendant has failed to respond to the deficiency notice and file the required Corporate Disclosure Statement.

IT IS ORDERED that Arizona Mechanical Services HVAC LLC file its Corporate Disclosure Statement not later than **10 business days**. In addition to the information required by F.R.Civ.P. 7.1 and LRCiv. 7.1.1, the Disclosure Statement shall also contain a list of each member of each LLC. Failure to file the Corporate Disclosure Statement and a list of the members of the LLCs shall result in sanctions being imposed.

DATED this 17th day of June, 2016.

*[signature]*

Susan R. Bolton
United States District Judge