**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 340-1538
Robert D. Haws – 012743
rhaws@gustlaw.com
Shelby M. Lile – 029546
slile@gustlaw.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Hoak, | No. CV 16-00522 PHX-SRB |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Arizona Mechanical Services HVAC, LLC dba Sunstate Mechanical Services, LLC; Bill M. Bart, Jr. and Jean (Gegner) Bart, husband and wife, | |
| Defendants. | |

Plaintiffs and Defendants hereby stipulate and agree that the above-entitled action may be dismissed with prejudice. Each party agrees to bear their own costs and attorneys' fees.

Dated: June 23, 2016.

GUST ROSENFELD, P.L.C.

By /s/ Robert D. Haws – 012743
Robert D. Haws
Shelby M. Lile
Attorneys for Defendants

Law Offices of Guy David Knoller, PLLC

By /s/ Guy D. Knoller – w/ permission to sign for
Guy D. Knoller
Attorney for Plaintiff

RDH:pjs 2717335

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and an electronic copy was transmitted to the following ECF registrants:

Guy D. Knoller
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
Attorney for Plaintiff


   /s/ Pauletta J. Seitz

RDH:pjs 2717335

2