**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Timothy Hoak,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Arizona Mechanical Services HVAC, LLC, dba Sunstate Mechanical Services, LLC; Bill M. Bart, Jr. and Jean (Gegner) Bart, husband and wife,<br><br>　　　　　Defendants. | No. CV 16-00522 PHX-SRB<br><br>**ORDER OF DISMISSAL** |
|---|---|

　　　Pursuant to the stipulation of the parties, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED dismissing this matter with prejudice.  Each party shall bear its own costs and attorneys' fees.

　　　Dated this 23rd day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1